**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JORGE LUIS PERALTA FLORES, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-2536-SHL-atc |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) | |
| Respondent. | ) | |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On May 8, 2026, Petitioner Jorge Luis Peralta Flores filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  Peralta Flores challenges his "indefinite detention" in the West Tennessee Detention Facility "without a meaningful custody review." (Id. at PageID 3.)  He seeks immediate release from Respondent's custody.  (Id. at PageID 7.) He served the Petition on Respondent on May 8.  (Id. at PageID 8.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)    Peralta Flores shall, within **five days** of this Order, deliver a copy of this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2)    Within **five days** after Peralta Flores fully complies with the above requirement, Respondent shall respond to the Petition in writing.

(3)    Peralta Flores may file a reply within **two days** after Respondent's responsive filing.

(4)    Respondent shall not transfer Peralta Flores out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 11th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE