**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

JORGE LUIS PERALTA-FLORES,

Petitioner,

v.

CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,

Respondent.

No. 2:26-cv-02536-SHL-atc

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Jorge Luis Peralta-Flores' Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 1), filed May 8, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Withdraw Petition, (ECF No. 12), entered October 28, 2026, Mr. Peralta-Flores' Petition is **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 28, 2026
Date